**No. 10-7684. Paul Craig Stauffer, Petitioner v. P. L. Vazquez, Warden.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 958.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7688. Thomas Lamar Keith, Petitioner v. Anthony Washington.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 1037, ▮

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7696. Hari Wilburn, Petitioner v. Cathy A. Tate.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 962.

January 24, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

Same case below, 184 Cal. App. 4th 150, 109 Cal. Rptr. 3d 18.

**No. 10-7717. Freddie L. Byers, Jr., Petitioner v. James Basinger, Superintendent, Wabash Valley Correctional Facility.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 998.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 610 F.3d 980.

**No. 10-7718. Stephen G. Conklin, Petitioner v. EMC Mortgage Corporation.**

562 U.S. 1204, 131 S. Ct. 1053, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 969, ▮

January 24, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 984 A.2d 1027.

**No. 10-7763. Paul A. Brown, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1205, 131 S. Ct. 1053, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 1043.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7832. John Burton, Petitioner v. Spokane Police Department, et al.**

562 U.S. 1205, 131 S. Ct. 1054, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 964.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 671.

**No. 10-7861. Jon James, Petitioner v. Spokane Community College.**

562 U.S. 1205, 131 S. Ct. 1054, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 975.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.